UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | 2:22-cv-06771-FWS-SHK | Date: | January 4, 2023 |
|---|---|---|---|

Title: *United States of America v. Jose Ismael Mojica Rodriguez*

Present: The Honorable  Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings (IN CHAMBERS):   ORDER TO SHOW CAUSE**

      Pending before the Court is the United States of America's ("Plaintiff") Request for Certification of Extradition ("Request").  Electronic Case Filing Number ("ECF No.") 32, Request.  Pursuant to the Court's Order issued on October 5, 2022, Defendant Jose Ismael Mojica Rodriguez's ("Defendant") opposition to Plaintiff's Request ("Opposition") was due on or before December 23, 2022.  ECF No. 31, Court Order at 2.  The extradition hearing in this matter is set for January 18, 2023 at 1:00 p.m. Id. at 1.  However, as of the date of this order, Defendant has not filed an Opposition or notice of non-opposition "Notice") as ordered.

      Accordingly, Defendant is ORDERED TO SHOW CAUSE by **January 11, 2023,** why he has not complied with the Court's Order.  Defendant can satisfy this order by Filing an Opposition or Notice by the date above.  **Defendant is warned that failure to file an Opposition or Notice as now ordered for the second time may result in Plaintiff's Request being granted for Defendant's repeated failure to prosecute this case and follow Court orders.**

      **IT IS SO ORDERED.**