JS-6

E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JOHN J. LULEJIAN (Cal. Bar No. 186783)
MITCHELL M. SULIMAN (Cal. Bar No. 301879)
Assistant United States Attorney
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:  (213) 894-0721/(951) 276-6026
    Facsimile:  (213) 894-0141/(951) 276-6202
    E-mail:    John.Lulejian@usdoj.gov
               Mitchell.Suliman@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:22-cv-06771-HDV-SHK |
| Plaintiff, | [~~Proposed~~] CERTIFICATION AND COMMITTAL FOR EXTRADITION |
| v. | |
| JOSE ISMAEL MOJICA RODRIGUEZ,<br>  aka "El Taz,"<br>  aka "El Piolin," | |
| A Fugitive from the<br>Government of the<br>United Mexican States. | |

    Having held an extradition hearing on June 15, 2023, and after considering the evidence, in particular, the certified and authenticated documents submitted by the Government of the United Mexican States, and the pleadings and the arguments of both counsel, the Court finds and certifies to the Secretary of State as follows:

    1.   This Court has jurisdiction over, and the undersigned is authorized to conduct, extradition proceedings pursuant to 18 U.S.C.

§ 3184 and General Order 05-07 of the United States District Court for the Central District of California.

2.   This Court has personal jurisdiction over JOSE ISMAEL MOJICA RODRIGUEZ, also known as ("aka") "El Taz," aka "El Piolin," found and arrested on June 28, 2022, in this District pursuant to a complaint filed by the United States in response to the request of the Government of the United Mexican States for the arrest and extradition of JOSE ISMAEL MOJICA RODRIGUEZ;

3.   The extradition treaty between the United States and the Government of the United Mexican States, Extradition Treaty Between the United States of America and the United Mexican States, U.S.-Mex., May 4, 1978, 31 U.S.T. 5059, as amended by the Protocol to the Extradition Treaty Between the United States of America and the United Mexican States of May 4, 1978, U.S.-Mex., Nov. 13, 1997, S. Treaty Doc. No. 105-46 (1998), was in full force and effect at all times relevant to this action;

4.   The person appearing before this Court is the same JOSE ISMAEL MOJICA RODRIGUEZ wanted by the Government of the United Mexican States in its extradition request;

5.   JOSE ISMAEL MOJICA RODRIGUEZ has been charged in the United Mexican States, and the United States is proceeding on the charge of Aggravated Homicide, in violation of Article 123 as defined by Article 123 and punished by Article 126, in relation with Articles 147 and 148 Section II of the Criminal Code of the State of Baja California, Mexico.  The Government of the United Mexican States has jurisdiction over the above offense;

6.   The above referenced Treaty between the United States and the United Mexican States, pursuant to Article 2, encompasses the

offense for which JOSE ISMAEL MOJICA RODRIGUEZ has been charged and for which extradition is sought for trial;

7.   The Government of the United Mexican States submitted documents that were properly authenticated and certified in accordance with Title 18 U.S.C. § 3190.  Those documents include the pertinent text for the crime with which JOSE ISMAEL MOJICA RODRIGUEZ has been charged;

8.   There is probable cause to believe that JOSE ISMAEL MOJICA RODRIGUEZ before this Court, the same person identified in the extradition request from the Government of the United Mexican States, committed the offense for which extradition is sought; and

9.   The evidence before this Court is sufficient to justify JOSE ISMAEL MOJICA RODRIGUEZ's committal for trial, had the offense which he is accused of having committed occurred in the United States.  This finding rests upon the documents submitted by the Government of the United Mexican States in this matter, and the findings of fact and conclusions of law enumerated in this Court's October 28,2024, opinion.

THEREFORE, pursuant to 18 U.S.C. § 3184, the above findings, and the factual and legal conclusions set forth in this Court's October 28, 2024, opinion, THE COURT HEREBY CERTIFIES the extradition of JOSE ISMAEL MOJICA RODRIGUEZ to the United Mexican States, on the above offense for which extradition was requested.

IT IS ORDERED that JOSE ISMAEL MOJICA RODRIGUEZ remain committed to the custody of the U.S. Marshal pending final decision on extradition and surrender by the Secretary of State pursuant to 18 U.S.C. § 3186.

1      IT IS FURTHER ORDERED that the Clerk of the Court forthwith

2  deliver to the Assistant U.S. Attorney a certified copy of this

3  Certification and Committal for Extradition (along with the October

4  28, 2024, opinion) and forward without delay certified copies of the

5  same to the Secretary of State (to the attention of the Office of

6  the Legal Adviser) and the Director, Office of International

7  Affairs, Criminal Division, U.S. Department of Justice, Washington,

8  D.C., for appropriate disposition.

9

10     IT IS SO ORDERED.

11

12   October 29, 2024

13   ──────────────────────────        ──────────────────────────────
     DATE                              HONORABLE SHASHI H. KEWALRAMANI
                                       UNITED STATES MAGISTRATE JUDGE
14

15   Presented by:

16

17   _/s/ John J. Lulejian_____
     JOHN J. LULEJIAN
     Assistant United States Attorney
18

19

20

21

22

23

24

25

26

27

28